IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ARTHUR DONALD DARBY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:13CV185 |
| ) | |
| JASON PERRY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

BEATY, District Judge.

On March 20, 2013, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a *de novo* review and the Magistrate Judge's Recommendation [Doc. #4] is hereby adopted for the reasons stated therein.

IT IS THEREFORE ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B) for failing to state a claim upon which relief may be granted.

This, the 29th day of April, 2013.

United States District Judge